Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Northern District of Alabama

_____ Division

FILED
2025 OCT -2 P 1: 16
U.S. DISTRICT COURT
N.D. OF ALABAMA

Samantha Carter

)
)
)
)

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Patricia B. Whitt, Standard Fire Insurance Company and Travelers Insurance

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Samantha Carter |
   | Street Address | savior@librem.one |
   | City and County | Scottsdale, Maricopa |
   | State and Zip Code | AZ and 85255 |
   | Telephone Number | |
   | E-mail Address | savior@librem.one |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | PATRICIA B. ~~WHITEE~~ WHITT |
| Job or Title (if known) | Retired |
| Street Address | 3915 Glenwood Avenue |
| City and County | Birmingham, Jefferson |
| State and Zip Code | AL 35222 |
| Telephone Number | 205-215-1599 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | STANDARD FIRE INSURANCE COMPANY |
| Job or Title (if known) | |
| Street Address | P O BOX 430 |
| City and County | BUFFALO, ERIE |
| State and Zip Code | NY, 14240 |
| Telephone Number | 678-317-7269 |
| E-mail Address (if known) | osorio4@travelers.com |

Defendant No. 3

| | |
|---|---|
| Name | TRAVELERS INSURANCE COMPANY |
| Job or Title (if known) | |
| Street Address | P O BOX 430 |
| City and County | BUFFALO, ERIE |
| State and Zip Code | NY, 14240 |
| Telephone Number | 678-317-7269 |
| E-mail Address (if known) | osorio4@travelers.com |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question      ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* SAMANTHA CARTER, is a citizen of the State of *(name)* FLORIDA.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* PATRICIA B. WHITT, is a citizen of the State of *(name)* ALABAMA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.    If the defendant is a corporation

The defendant, *(name)* TRAVELERS INSURANCE , is incorporated under the laws of the State of *(name)* NEW YORK , and has its principal place of business in the State of *(name)* NEW YORK .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* NEW YORK .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE CAUSES OF ACTION ARE: NEGLIGENCE, MALICE, DEFAMATION OF CHARACTER, SLANDER, BODILY INJURY AND INTENTIONAL ATTEMPT TO CAUSE PHYSICAL HARM, PROPERTY DAMAGE, BREACH OF DUTY, RACIAL DISCRIMINATION AND ECONOMIC LOSS. IN TOTAL THESE EXCEED $75,000.00.

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

THE DEFENDANT BREACHED HER DUTY TO DRIVE SAFELY AND REAR-ENDED THE PLAINTIFF FROM AN ANGLE CAUSING DAMAGE TO THE 2019 MERCEDES E 450. THE PLAINTIFF WAS PARKED AND HER VEHICLE WAS OFF. THE PLAINTIFF EXITED THE VEHICLE AFTER REGAINING COMPOSURE AND ASKED THE DEFENDANT FOR HER INSURANCE. THE DEFENDANT ATTEMPTED TO RUN OVER THE PLAINTIFF WITH HER HONDA. THE PLAINTIFF CALLED 9-1-1 AND THE DEFENDANT DEMANDED PLAINTIFF TO GIVE HER THE PLAINTIFF'S PHONE. 9-1-1 RECORDED THE DEFENDANT SCREAMING AT PLAINTIFF AND THE DEFENDANT BACKED UP HER VEHICLE TWO MORE TIMES AND RAN TOWARDS THE PLAINTIFF LEGS AND INTENTIONALLY STOPPED AND THEN DROVE AWAY.

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

THE PLAINTIFF IS SEEKING TENDER OF POLICY. THE PLAINTIFF MISSED HER POTENTIAL GRADUATION DATE AND HAS MISSED CAREER OPPORTUNITIES. HAS COLLECTED NEARLY $30,000 IN MEDICAL DEBT AND EVENTUALLY LOST HER VEHICLE DUE TO REAR-ENDING ACCIDENTS.
THE PLAINTIFF SEEKS COMPENSATORY DAMAGES FROM THE ABOVE STATED CAUSES OF ACTION. DEFENDANT TRAVELERS INSURANCE COMPANIES HAVE DISREGARDED THIS MATTER IN ITS ENTIRETY.
THE MOUNTAIN BROOK POLICE WAS ENCOURAGING DEFENDANT WHITT

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

TO FILE A FALSE CHARGES ON THE PLAINTIFF AS DEFENDANT WHITT STATED THAT PLAINTIFF. CARTER GOT OUT OF HER VEHICLE TO FIGHT THE 82 YEAR OLD WOMAN. MS. WHITT APPEARS TO BE AN EXPERIENCED FABRICATOR. MS WHITT IS WHITE AMERICAN AND APPEARED TO HAVE NO REGARD FOR THE LIFE OF PLAINTIFF CARTER. DEFENDANT WHITT INFORMED HER INSURANCE COMPANY THAT SHE DID NOT HIT MS. CARTER AND INFORMED THE POLICE WHO SHOWED UP AT HER HOUSE AFTER SHE DEPARTED THE ACCIDENT SCENE, THAT SHE DID RUN INTO THE BACK OF MS. CARTER'S VEHICLE. MS. CARTER IS A PERSON OF COLOR. THE PLAINTIFF FINDS IT DIFFICULT TO FILE A LAWSUIT AGAINST AN ELDERLY PERSON BUT MS. WHITT IS A THUG.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 09/29/2025

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: SAMANTHA CARTER

### B. For Attorneys

Date of signing: 

Signature of Attorney: 
Printed Name of Attorney: 
Bar Number: 
Name of Law Firm: 
Street Address: 
State and Zip Code: 
Telephone Number: 
E-mail Address:




PRESS FIRMLY TO SEAL    PRESS FIRMLY TO SEAL

PRIORITY MAIL
FLAT RATE ENVELOP
POSTAGE REQUIRE

UNITED STATES POSTAL SE

- Expected delivery date specifie
- Most domestic shipments inclu
- USPS Tracking® included for do
- Limited international insurance.
- When used internationally, a cu

*Insurance does not cover certain items. F
Domestic Mail Manual at http://pe.usps.cc
** See International Mail Manual at http://p

FLAT RATE ENV
ONE RATE ■ ANY WEIGHT

TRACKED ■ INSU

PS00001000014

UNITED STATES POSTAL SERVICE.    Retail

P   US POSTAGE PAID
$11.00
Origin: 85257
09/30/25
0376650600-14

PRIORITY MAIL®

0 Lb 3.00 Oz
RDC 03

EXPECTED DELIVERY DAY:  10/04/25

C006

SHIP TO:
1729 5TH AVE N
BIRMINGHAM AL 35203-2000

USPS TRACKING® #

9505 5120 3045 5273 5096 06

FROM:

UNITED STATES POSTAL SERVICE®    PRIOI M A

VISIT US
ORDER FREI

FROM:

PO Box 531
Scottsdale, AZ 85

TO:

Hugo L Black
USDC
1729 5th Ave
Birmingham, AL
CLERKS OFF

Label 228, December 2023    FOR DOMESTIC AND INTEF